FILED

2005 Dec-15  PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MITCHELL VAN GLAZE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CV 03 RRA 3177 S |
| EARL FRANKLIN FOXX, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 56) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the Motion for Summary Judgment (doc. 51) is due to be **GRANTED,** and the Plaintiff's claims are due to be **DISMISSED**. An appropriate order will be entered.

**DONE** and **ORDERED** this 15th day of December, 2005.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE